UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>M. MAGAT, et al.,<br><br>    Defendants. | Case No. 14-cv-03608-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS DEFENDANT DR. TAN SING**<br><br>Re: Dkt. No. 45 |

Plaintiff's motion to voluntarily dismiss defendant Dr. Tan Sing is GRANTED.  Said defendant is dismissed without prejudice, and the Clerk shall terminate defendant Sing from the docket in this action.

This order terminates Docket No. 45.

**IT IS SO ORDERED.**

Dated: 7/22/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge