UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVESTER MOORE,

        Plaintiff,

   v.

M. MAGAT, et al.,

        Defendants.

Case No. 14-cv-03608-HSG (PR)

**JUDGMENT**

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, judgment is entered in favor of Defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/17/2016

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge