UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVESTER MOORE,

    Plaintiff,

v.

M. MAGAT, et al.,

    Defendants.

Case No. 14-cv-03608-HSG (PR)

**ORDER DENYING REQUEST FOR COUNSEL ON APPEAL**

Re: Dkt. No. 65

Plaintiff filed the above-titled *pro se* civil rights action under 42 U.S.C. § 1983 against medical staff at Santa Rita Jail and the Glenn E. Dyer Detention Facility, claiming deliberate indifference to his serious medical needs.  Summary judgment was granted in favor of defendants, and judgment entered on February 17, 2016.  Plaintiff has filed a notice of appeal and a request for appointment of counsel on appeal.

The request seeking appointment of counsel is hereby DENIED, as this Court is without jurisdiction over the matter once the notice of appeal has been filed.  *Natural Res. Def. Council, Inc. v. Southwest Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001).

The Clerk of Court shall forward this order to the Ninth Circuit Court of Appeals, from which plaintiff may also seek the appointment of counsel.

This order terminates Docket No. 65.

**IT IS SO ORDERED.**

Dated: March 9, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVESTER MOORE,

    Plaintiff,

v.

M. MAGAT, et al.,

    Defendants.

Case No. 14-cv-03608-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/9/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sylvester Moore ID: 16000507
Santa Clara County Jail
150 W Hedding St
San Jose, CA 95110

Dated: 3/9/2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Angella Meuleman, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.